John J. Talton, Chapter 13 Trustee

Check No. 816708

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11073 | 008-0 | DAVID E CONN<br>Original Check written to:<br>SE EMERGENCY PHYSICIANS<br>P O BOX 4562<br>HOUSTON, TX 77210-4562 | xxxxxxxxxxxxxxxx,05) | 79.86 | 4.11 | 0.00 | 4.11 |
| 05-11073 | 004-0 | DAVID E CONN<br>Original Check written to:<br>SE EMERGENCY PHYSICIANS<br>P O BOX 4562<br>HOUSTON, TX 77210-4562 | xx9582 | 85.07 | 4.38 | 0.00 | 4.38 |
| 05-11519 | 006-0 | VALERIE J ROY<br>Original Check written to:<br>NEWTON ISD<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxxxxxxxxxxxxxxxxxxR233 | 0.00 | 365.43 | 0.00 | 365.43 |
| 05-90148 | 001-1 | HENRY P TORRES<br>Original Check written to:<br>WELLS FARGO BANK<br>LOSS RECOVERY CENTER<br>P O BOX 30095<br>WALNUT CREEK, CA 94598 | 7582 | 4,294.53 | 93.68 | 0.00 | 93.68 |
| 06-10547 | 014-0 | DONALD BRUCE JACKSON, SR.<br>Original Check written to:<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>P O BOX 13528<br>AUSTIN, TX 78711- | xxxxxxxxxx98-8 | 0.00 | 617.19 | 0.00 | 617.19 |
| 06-90376 | 999-0 | PAULA M. REGGIE<br>Original Check written to:<br>PAULA M. REGGIE<br>221 LEE LN<br>LUFKIN, TX 75904 | | 0.00 | 623.07 | 0.00 | 623.07 |